UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 14-CR-237

  v.       Honorable J.P. Stadtmueller

HAIJUN TIAN,

        Defendant.

## NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Seventh Circuit from this Court's judgment and sentence entered on May 10, 2016, which appeal is from the Court's sentencing guideline calculation. The appeal is conditioned upon the approval of the Solicitor General of the United States.

Dated this 8th day of June, 2016.

        GREGORY J. HAANSTAD
        United States Attorney

By:   *s/MICHAEL CHMELAR*
      Michael Chmelar Bar Number: IL 6277248
      Assistant United States Attorney
      Attorney for Plaintiff
      Office of the United States Attorney
      Eastern District of Wisconsin
      517 East Wisconsin Avenue, Room 530
      Milwaukee, WI 53202
      Telephone: (414) 297-1700
      Fax: (414) 297-1738
      E-Mail: Michael.Chmelar@usdoj.gov